UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HTC CORP. AND HTC AMERICA, INC.,**<br>Plaintiffs,<br>vs.<br>**ZIPIT WIRELESS, INC.,**<br>Defendant. | CASE NO. 20-cv-04545-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 23 |

On December 11, 2020, defendant Zipit Wireless, Inc. filed a Motion to Dismiss the Complaint for Lack of Personal Jurisdiction. (Dkt. No. 23.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the January 19, 2021 hearing, the Court **GRANTS** Zipit's Motion to Dismiss the Complaint **WITH LEAVE TO AMEND**. Furthermore, the Court **GRANTS** plaintiffs **LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY** narrowly tailored to defendant's relevant sales activities within the forum. If plaintiffs decide to amend their complaint, they must do so by **May 3, 2021**, and defendant shall have until **May 24, 2021** to respond to the amended complaint.

**IT IS SO ORDERED.**

This Order terminates Docket Number 23.

Dated: January 20 , 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE