**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HTC CORP. AND HTC AMERICA, INC.**, <br> Plaintiffs, <br> v. <br> **ZIPIT WIRELESS, INC.**, <br> Defendant. | Case No. 20-cv-04545-YGR <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

TO HTC. CORP. AND HTC AMERICA, INC. AND THEIR COUNSEL OF RECORD:

Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing by no later than **five (5) business days** from the date of this Order, as to why this action should not be dismissed for failure to prosecute.

By Order dated January 20, 2021 (Dkt. No. 30), the Court granted defendant's motion to dismiss with leave to amend. The Court further granted plaintiffs leave to conduct certain jurisdictional discovery. Plaintiffs' amended complaint was due May 3, 2021. To date, no such pleading or other status update has been filed.

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**