# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HTC CORP. AND HTC AMERICA, INC.**, <br> Plaintiffs, <br> v. <br> **ZIPIT WIRELESS, INC.**, <br> Defendant. | Case No. 20-cv-04545-YGR <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

In light of the parties' standstill agreement that includes an agreement that plaintiffs would not file an amended complaint, the Court hereby **DISCHARGES** the order to show cause and **DISMISSES** the action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**